Rodney M. Jean Bar No. 1395
Ketan D. Bhirud, Bar No. 10515
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Tel: (702) 383-8888 / Fax: (702) 383-8845
rjean@lionelsawyer.com

*Attorneys for Heartland Payment Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation;<br><br>Heartland,<br>v.<br><br>INDEPENDENT ENTERTAINERS ASSOCIATION, INC., a Nevada corporation, doing business as IEA EVENT PLANNING; and KEVIN CROWELL, an individual;<br><br>Defendants. | Case No.: 2:10-cv-02011-JCM-LRL<br><br>DEFAULT JUDGMENT AGAINST INDEPENDENT ENTERTAINERS ASSOCIATION, INC. |

A Motion for Default Judgment having been duly made by Heartland Payment Systems, Inc. for judgment against Independent Entertainers Association, Inc. (Doc. #15) and granted (Doc. #16), the default of Independent Entertainers Association, Inc. having been entered on May 19, 2011 for failure to plead or otherwise defend in this action (Doc. #13), and it appearing that Independent Entertainers Association, Inc. is not in the military service of the United States and is not an infant or an incompetent person, and other good cause appearing therefore,

IT IS HEREBY ORDERED that Heartland Payment Systems, Inc. recover of and from Independent Entertainers Association, Inc., as follows:

1. Actual damages in the amount of $897,204.01; and

2. Post-judgment interest at the statutory rate until the judgment is satisfied.

Submitted by:
LIONEL SAWYER & COLLINS

*/s/ K. D. Bhirud*
Rodney M. Jean, Bar No. 1395
Ketan D. Bhirud, Bar No. 10515

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888